HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
WILLIAM O'BRIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM O'BRIEN, <br><br> Defendant. | Case No. 6:15-mj-00104-MJS <br><br> STIPULATION TO CONTINUE REVIEW HEARING; ORDER <br><br> Date:  November 15, 2016 <br> Time:  10:00 a.m. <br> Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for William O'Brien, that the review hearing currently scheduled for October 4, 2016, may be moved to November 15, 2016, at 10:00 a.m.

On December 2, 2015, Mr. O'Brien pled guilty to operating a motor vehicle with an alcohol concentration of 0.08 grams or more of alcohol per 210 liters of breath in violation of 36 C.F.R. § 4.23(a)(2).  That same date, the Court sentenced Mr. O'Brien to twelve months of unsupervised probation (to expire December 1, 2016), with the conditions that he obey all laws, report any new arrests or citations to the Court and Legal Office within seven days, pay a $1,200 fine, and complete the First Time DUI Offender Program within eleven months (by November 1, 2016).

Mr. O'Brien has paid his fine in full.  However, he will not complete the First Time DUI

1  Offender Program before the October 4, 2016 review hearing.  Mr. O'Brien had planned on
2  completing the program prior to the review hearing but was forced to take a leave of absence to
3  care for his ill wife.  He is back in the program now and anticipates completing the program prior
4  to the November 1st deadline set by the Court.

     The parties request that the Court continue the review hearing currently scheduled for October 4, 2016, to November 15, 2016.  This continuance will allow Mr. O'Brien to complete the First Time DUI Offender Program prior to the review hearing.  This continuance is requested with the intention of conserving time for the parties and the Court.

     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  September 12, 2016     */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: September 12, 2016     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
WILLIAM O'BRIEN


**O R D E R**

     The Court hereby grants the parties' request to continue the review hearing from October 4, 2016, to November 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2016     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28